DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Carter<br><br>Case below:<br>177 N.C. App. 539 | No. 290A06 | 1. AG's NOA (Dissent) (COA05-1214)<br><br>2. AG's Motion for Temporary Stay<br><br>3. AG's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>06/01/06<br><br>3. Allowed<br>(06/29/06) |
| State v. Coleman<br><br>Case below:<br>176 N.C. App. 408 | No. 287P06 | Def's PWC to Review the Decision of<br>the COA (COA05-716) | Denied<br>(06/29/06) |
| State v. Cromartie<br><br>Case below:<br>177 N.C. App. 73 | No. 240P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1126) | Denied<br>(06/29/06) |
| State v. Fuller<br><br>Case below:<br>177 N.C. App. 149 | No. 248P06 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA04-1022)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |
| State v. Harley<br><br>Case below:<br>176 N.C. App. 190 | No. 167P06 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-575)<br><br>2. Def's Motion for Temporary Stay<br><br>3. Def's Petition for Writ of Supersedeas | 1. Denied<br>(06/29/06)<br><br>2. Denied<br>04/19/06<br><br>3. Denied<br>(06/29/06) |
| State v. Helms<br><br>Case below:<br>174 N.C. App. 627 | No. 273P06 | Def's PWC to Review the Decision of the<br>COA (COA05-19) | Denied<br>(06/29/06) |
| State v. Hernandez<br><br>Case below:<br>176 N.C. App. 191 | No. 57P06 | Respondent's PDR Under N.C.G.S. § 7A-31<br>(COA05-475) | Denied<br>(06/29/06) |
| State v. Herndon<br><br>Case below:<br>177 N.C. App. 353 | No. 088P04-2 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA05-724)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |